UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TED B. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:25-cv-02316-JMS-TAB |
| | ) | |
| I.M.P.D., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TRANSFERRING ACTION TO THE NORTHERN DISTRICT OF INDIANA, FORT WAYNE DIVISION

Plaintiff Ted Jones filed a Complaint setting forth various allegations against the Indianapolis Metropolitan Police Department, the FBI, the Fort Wayne Police Department, and other entities. [Filing No. 1.] Mr. Jones appears to be a resident of Fort Wayne, Indiana, and the majority of his allegations relate to his home and the Fort Wayne Police Department. [Filing No. 1.] Based on Mr. Jones's allegations, the events or omissions giving rise to his claims primarily occurred in Fort Wayne, which is in Allen County, which is in the Northern District of Indiana. The Fort Wayne Division of the Northern District of Indiana includes Allen County, Indiana. 28 U.S.C. § 94.

In relation to proper venue, 28 U.S.C. § 1391(b) provides that:

A civil action may be brought in –

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Another statute, 28 U.S.C. § 1404(a), provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

Because the Northern District of Indiana is where Mr. Jones resides and the majority of the acts or omissions underlying this lawsuit occurred, the Clerk is **DIRECTED** to **TRANSFER** this action to the United States District Court for the Northern District of Indiana, Fort Wayne Division.[1]

Date: 12/3/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Ted B. Jones
2424 Fairfield Ave.
Fort Wayne, IN 46807

---

[1] The Court notes that it appears that Mr. Jones has asserted unrelated claims against unrelated defendants in this single lawsuit, which may raise issues relating to improper joinder.